UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Angeles Ortiz de Leon,
    Plaintiff,
v.
Medical Services Administration
of Puerto Rico,
    Defendant.

CASE NUMBER: 97-2599 (HL)

## MOTION

Date Filed: 3/8/99   Docket #14   [x] Plffs   [] Defts
Title: Motion Requesting a Final Four Days
Opp'n Filed:   Docket #

## ORDER

Moot.

Date 11-04-99   HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:   EOD:

By:   #


