# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Angeles Ortiz de Leon,
    Plaintiff,
    v.                                         CASE NUMBER: 97-2599 (HL)
Medical Services Administration
of Puerto Rico,
    Defendant.

| MOTION |
|---|
| Date Filed: 3/15/99    Docket #16    [x] Plffs [] Defts<br>Title: Motion Seeking Term within Which to File<br>Opp'n Filed:     Docket # |

| ORDER |
|---|
| Moot. |

Date 11-04-99      HECTOR M. LAFFITTE
                            Chief U.S. District Judge

Rec'd:      EOD:

By:      #

RECEIVED & FILED
99 NOV -5 AM 11:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR


