UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Angeles Ortiz de Leon,
    Plaintiff,
    v.
Medical Services Administration
of Puerto Rico,
    Defendant.

CASE NUMBER: 97-2599 (HL)

## MOTION

Date Filed: 3/29/99     Docket #17     [ ] Plffs   [x] Defts
Title: Motion Requesting Leave to File Reply
Opp'n Filed:     Docket #

RECEIVED & FILED
99 NOV -5 AM 11:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## ORDER

Granted.

Date 11-04-99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:          EOD:

By:              #


