UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Angeles Ortiz de Leon,
    Plaintiff,
    v.
Medical Services Administration
of Puerto Rico,
    Defendant.

CASE NUMBER: 97-2599 (HL)

| MOTION |
|---|
| Date Filed: 4/9/99   Docket #19   [ ] Plffs [x] Defts<br>Title: Motion Requesting Temporary Waiver of Local Rule 108.1<br>Opp'n Filed:   Docket # |

| ORDER |
|---|
| Granted. |

Date 11-04-99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:   EOD:

By:   #


