# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Angeles Ortiz de Leon,
    Plaintiff,
       v.
Medical Services Administration
of Puerto Rico,
    Defendant.

**CASE NUMBER:** 97-2599 (HL)

---

## MOTION

Date Filed:3/1/99    Docket #13    [x] Plffs  [] Defts
Title: Motion Requesting an Additional Five Labor Days
Opp'n Filed:    Docket #

## ORDER

Moot.

Date /1-04-99

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

| Rec'd: | EOD: |
|--------|------|
| By:    | #    |



