## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Angeles Ortiz de Leon,
    Plaintiff,
       v.
Medical Services Administration
of Puerto Rico,
    Defendant.

CASE NUMBER: 97-2599 (HL)

### MOTION

Date Filed: 6/9/99  Docket #22  [ ] Plffs  [x] Defts
Title: Motion to Dismiss for Lack of Jurisdiction
Opp'n Filed:  Docket #

### ORDER

Plaintiff shall respond by February 7, 2000, or Defendant's motion shall be taken as unopposed.

Date 1-20-00  HECTOR M. LAFFITTE
Chief U.S. District Judge


