## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Angela Ortiz de Leon,
    Plaintiff,
    V.
Medical Services Administration of Puerto Rico,
    Defendant.

CASE NUMBER: 97-2599 (HL)

### MOTION

Date Filed: 2/17/00    Docket #31    [] Plffs  [x] Defts
Title: Motion Requesting Leave and for Extension of Time
Opp'n Filed:    Docket #

### ORDER

Defendant is granted until February 24, 2000 to Reply to Plaintiff's opposition. Plaintiff may file a sur-reply by March 9, 2000. No further extensions shall be granted.

Date 2/23/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


