# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ORTIZ-DE LEON

**Plaintiff(s)**

v.                                         CIVIL NUMBER: 97-2599 (JAG)

MEDICAL SERVICES

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/24/00<br>**Title:** Motion to Extend Time Until 2/25/00 to Reply to Plaintiffs' Opposition to Motion to Dismiss<br>**Docket:** 33<br>[ ] Plffs  [x] Defts  [ ] Other | MOOT. |

Date: 10/04/00

JAY A. GARCIA-GREGORY
U.S. District Judge