# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



ANGELES ORTIZ-DE LEON

**Plaintiff(s)**

v.                              CIVIL NUMBER: 97-2599 (JAG)

MEDICAL ADMINISTRATION SERVICES

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/19/01<br>**Title:** Motion for Extension of Time to Submit Answers to Questionnaire<br>**Docket:** 38<br>[ ] Plffs   [x] Defts   [ ] Other | **MOOT.** The Court assumes the submission of the answer to the questionnaire has taken place. If not, the parties shall file the answers within ten (10) days from entry of this order. |

Date:  March 1, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge