IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGELES ORTIZ DE LEON

**Plaintiff(s)**

v.                                        CIVIL NO.   97-2599 (JAG)

MEDICAL SERVICES
ADMINISTRATION OF PUERTO RICO

**Defendant(s)**

---

## ORDER

The Court hereby refers Dockets Nos. 11, 15, 18, 22, 30 and 34 to Magistrate-Judge Jesús A. Castellanos for report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of May, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge