# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ANGELES ORTIZ-DE LEON

**Plaintiff(s)**

v.   **CIVIL NUMBER:** 97-2599 (JAG)

MEDICAL ADMINISTRATION SERVICES

**Defendant(s)**

RECEIVED & FILED '01 AUG 29 PM 4:27 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/16/01<br>**Title:** Motion for Withdrawal of Legal Representation<br>**Docket:** 45<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** Defendant's new counsel shall appear on or before September 17, 2001. The motion for withdrawal shall be effective upon the appearance of new counsel for defendant. Present counsel of record shall represent the defendant until new counsel on behalf of defendant appears. |

**Date:** August 27, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

