IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGELES ORTIZ-DE LEON

   **Plaintiff(s)**

      v.                                      CIVIL NO. 97-2599 (JAG)

MEDICAL ADMINISTRATION
SERVICES
   **Defendant(s)**

### ORDER

Plaintiff Angeles Ortiz-De Leon has not objected to Magistrate-Judge J. Antonio Castellanos' Report and Recommendation that the Complaint be dismissed for lack of subject matter jurisdiction (on grounds of Eleventh Amendment immunity).

We have carefully reviewed Magistrate-Judge Castellanos' thorough Report and Recommendation as well as the record and adopt it in its entirety.

Accordingly the Complaint is dismissed for lack of subject matter jurisdiction. Judgment shall be entered accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20th day of September, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge