IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGELES ORTIZ-DE LEON

    **Plaintiff(s)**

    v.                                               CIVIL NO. 97-2599 (JAG)

MEDICAL ADMINISTRATION
SERVICES
    **Defendant(s)**

## JUDGMENT

The Court has adopted in its entirety a Report and Recommendation by Magistrate-Judge J. Antonio Castellanos on defendants' Motions for Summary Judgment (Docket # 11) and to Dismiss (Docket # 22) and plaintiffs' Oppositions (Docket # 15 and 30). Judgment is entered dismissing the Complaint for lack of subject matter jurisdiction.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20th day of September, 2001.

                                      JAY A. GARCIA-GREGORY
                                      U.S. District Judge

